UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MERRICK STEDMAN            :

    Petitioner         :   CIVIL ACTION NO. 3:23-0037

  v.                        :         (JUDGE MANNION)

                        :

MERRICK GARLAND,

                        :

    Respondent

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania, due to this Court's lack of jurisdiction over the matter. See 28 U.S.C. §1404(a); 28 U.S.C. §1406(a).

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

3. This Court's January 11, 2023 Show Cause Order (Doc. 4) is **VACATED.**

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 25, 2023**
23-0037-01-Order